

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00913-CR

Tam-Monta Lamont Eugene **HASTINGS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR8107
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED February 20, 2019.

_____
Rebeca C. Martinez, Justice